UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

MARK PULLEN,

        Plaintiff,

       -v-                         1:23-CV-991

SOCIAL SECURITY ADMINSTRATION,

        Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

APPEARANCES:                     OF COUNSEL:

MARK PULLEN
Plaintiff, Pro Se
Troy, NY 12180

DAVID N. HURD
United States District Judge

## ORDER ON REPORT & RECOMMENDATION

On June 13, 2024, *pro se* plaintiff Mark Pullen, ("plaintiff") filed a civil action in the U.S. District Court for the Northern District of New York. Dkt. No. 1. Along with his complaint, plaintiff moved for leave to proceed *in forma pauperis* ("IFP Application"). Dkt. No. 2.

On August 22, 2023, after conducting an initial review of plaintiff's complaint, U.S. Magistrate Judge Christian F. Hummel granted plaintiff's IFP Application. Dkt. No. 4. Judge Hummel further advised by Report &

Recommendation ("R&R") that plaintiff's complaint be dismissed in its entirety.  Dkt. No. 5.

Plaintiff has not ledged objections and the time period in which to do so has expired.  *See* Dkt. No. 5.  Upon review for clear error, Judge Hummel's R&R is accepted and will be adopted in all respects.  *See* FED. R. CIV. P. 72(b).

Therefore, it is

ORDERED that

1. The Report & Recommendation (Dkt. No. 5) is ACCEPTED; and

2. Plaintiff's complaint is DISMISSED <u>without</u> leave to amend.

The Clerk of the Court is directed to terminate the pending motion and enter a judgment accordingly.

IT IS SO ORDERED.

David N. Hurd
U.S. District Judge

Dated: January 8, 2025
       Utica, New York.